Jimmy E. CARSON, Appellant,

v.

Debra A. CARSON, Respondent.

No. WD 62838.

Missouri Court of Appeals,
Western District.

July 20, 2004.

John Wm. Dennis, Jr., Independence, MO, for Appellant.

Mary A. Drape, Esq., Kansas City, MO, for Respondent.

Before RONALD R. HOLLIGER, P.J., ROBERT G. ULRICH, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

Jimmy Carson appeals a decree dissolving his marriage to Debra Carson. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).